| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| PAUL DANA WILLIAMS, #07339-051 | § |
| | § |
| *versus* | §   CIVIL ACTION NO. 4:19-CV-767 |
| | §   CRIMINAL ACTION NO. 4:91-CR-34(1) |
| UNITED STATES OF AMERICA | § |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation (#29) concluding that Movant's Motion filed pursuant to 28 U.S.C. § 2255 should be granted.  Movant filed a response (#30), asserting that his convictions were sentenced separately and distinctly from each other; therefore, vacating Count Three should not be viewed as "unblundling" his sentence.  As noted in the Report, however, this is a matter for resentencing.

Having reviewed the Report and Recommendation, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant's Motion to Vacate, Set Aside, or Correct Sentence (#1) is **GRANTED** to the extent that Count Three of Movant's conviction under 18 U.S.C. § 924 ( c) is **VACATED** and the case is **REMANDED** for resentencing.

SIGNED at Beaumont, Texas, this 21st day of September, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE